■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KERRI ARRINGTON, Appellant.—

The defendant claims that he was denied a fair trial under indictment No. 1046/85 by the prosecutor's cross-examination and summation. We first note that since the defendant failed to object to the majority of the prosecutor's comments he has failed to preserve those issues for appellate review *(see,* CPL 470.05 [2]). In any event, we find no error in the prosecutor's statements. Contrary to the defendant's claims, the prosecutor did not elicit inadmissible hearsay testimony when cross-examining him. The prosecutor was merely attempting to complete a narrative of the criminal incident for which he had a good-faith basis *(see, People v Quesada,* 118 AD2d 604).

The prosecutor did not, in his summation, use the defendant's prior convictions to argue that he had a propensity to commit the crime charged. The prosecutor was merely asking the fact finder to consider that the defendant's credibility was in issue *(see, People v Sandoval,* 34 NY2d 371). Additionally, even if we were to assume that the comments were erroneous, as this was a bench trial and there was overwhelming evidence of the defendant's guilt, they should be considered harmless *(see, People v Brown,* 24 NY2d 168; *People v Crimmins,* 36 NY2d 230).

We have considered the defendant's remaining contentions, including those raised in his supplemental *pro se* brief, and find them to be without merit. Bracken, J. P., Lawrence, Harwood and Balletta, JJ., concur.